**FILED**
**NOVEMBER 30, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6757**

| | | |
|---|---|---|
| CARLTON TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 _____ |
| | ) | |
| JEFFREY GRAFSTEIN | ) | |
| and BIZ 120, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGE COAR**
**MAGISTRATE JUDGE MASON**

**LOCAL RULE 3.2 DISCLOSURE OF PLAINTIFF CARLTON TECHNOLIGIES, INC.**

Plaintiff Carlton Technologies, Inc. ("Carlton"), by and through its attorneys Winston & Strawn LLP, having filed an initial pleading in the above captioned matter, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Carlton is a privately-held company that has no parent corporations. The following entities and individuals own more than 10% of its shares: None.

Respectfully submitted,

CARLTON TECHNOLOGIES, INC.

By:_____/s/ John M. Dickman_____

John M. Dickman
Ronald Y. Rothstein
Sheila P. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois
(312) 558-5600
(312) 558-5700 (fax)

Attorneys for Plaintiff