IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLTON TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY GRAFSTEIN and ) <br> BIZ 120, INC., ) <br> ) <br> Defendants. ) | Case No. 07 C 06757 <br><br> Judge Coar <br> Magistrate Judge Mason |

**DEFENDANTS' AGREED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Jeffrey Grafstein ("Grafstein") and Biz 120, Inc. ("Biz 120" or the "Company") (collectively, the "Defendants"), by and through their attorneys, and with the agreement of Plaintiff Carlton Technologies, Inc. ("Carlton"), respectfully move this Court for an extension of time until January 11, 2008, to file their Answers or other pleadings in response to Carlton's Complaint. In support of their Motion, Defendants state as follows:

1. Biz 120's Answer or other pleading in response to Carlton's Complaint is currently due December 26, 2007. Grafstein's Answer or other pleading in response to Carlton's Complaint is currently due December 28, 2007.

2. Defendants' counsel have been diligently gathering facts associated with Carlton's allegations, and have discussed with Carlton's counsel the possibility of exchanging information in the hopes of resolving the case at an early state of litigation. Unfortunately, the prospect of an early-stage settlement now appears remote.

3. Defendants' counsel have conferred with Carlton's counsel about an extension to Answer or otherwise plead, and Carlton's counsel has agreed to an extension until January 11, 2008.

4. Accordingly, Defendants respectfully request an extension of time until January 11, 2008, by which to file their Answers or other pleadings.

5. Defendants do not file this Motion for purposes of delay.

WHEREFORE, Defendants Grafstein and Biz 120 respectfully request until January 11, 2008, to file their Answers or other pleadings in this matter.

Dated:  December 21, 2007                   Respectfully submitted,

**JEFFREY GRAFSTEIN and
BIZ 120, INC.**


By: /s/ Chad W. Moeller
         One of Their Attorneys

Michael G. Kelber
Chad W. Moeller
NEAL GERBER & EISENBERG LLP
2 N. LaSalle Street, Suite 2200
Chicago, Illinois 60602
(312) 269-8000

## CERTIFICATE OF SERVICE

      I, Chad W. Moeller, an attorney, hereby certify that a copy of the foregoing ***Defendants' Agreed Motion For Extension of Time to Answer or Otherwise Plead*** was served upon the following parties electronically (via ECF) on December 21, 2007:

John M. Dickman
Ronald Y. Rothstein
Sheila P. Frederick
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601

                                      By:/s/ Chad W. Moeller
                                              Chad W. Moeller

NGEDOCS: 1491038.1