IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLTON TECHNOLOGIES, INC., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>　v. 　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>JEFFREY GRAFSTEIN and 　　　　　 )<br>BIZ 120, INC., 　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants. 　　　　　　　　 ) | Case No. 07 C 06757<br><br>Judge Coar<br>Magistrate Judge Mason |

## NOTICE OF AGREED MOTION

To:

　　John M. Dickman
　　Ronald Y. Rothstein
　　Sheila P. Frederick
　　Winston & Strawn LLP
　　35 West Wacker Drive
　　Chicago, Illinois 60601

　　PLEASE TAKE NOTICE that on December 27, 2007 at 9:00 a.m., we shall appear before the Honorable Judge David H. Coar, or any judge sitting in his stead, in Room 1419 at the United States District Court, Northern District of Illinois, Eastern Division in Chicago, Illinois, and then and there present the *Agreed Motion For Extension of Time to Answer or Otherwise Plead*, a copy of which is attached hereto and hereby served upon you.

Dated: December 21, 2007　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**JEFFREY GRAFSTEIN and BIZ 120, INC.**


　　　　　　　　　　　　　　　　　　\s\ Chad W. Moeller
　　　　　　　　　　　　　　　　　　　　Chad W. Moeller

Michael G. Kelber
Chad W. Moeller
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Suite 2200
Chicago, IL 60602
(312) 269-8000

## **CERTIFICATE OF SERVICE**

  I, Chad W. Moeller, an attorney, hereby certify that a copy of the foregoing *Notice Agreed of Motion* was served upon the following parties electronically (via ECF) on December 21, 2007:

> John M. Dickman
> Ronald Y. Rothstein
> Sheila P. Frederick
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, Illinois 60601

          \s\ Chad W. Moeller
            Chad W. Moeller


NGEDOCS: 1491192.1