IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLTON TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 06757 |
| | ) | Judge Coar |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| JEFFREY GRAFSTEIN | ) | |
| and BIZ 120, INC., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff, Carlton Technologies, Inc. ("Carlton"), pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, respectfully requests that this Court enter a Preliminary Injunction against Defendants Jeffrey Grafstein ("Grafstein") and Biz 120, Inc. ("Biz 120") (collectively, the "Defendants") requiring that Defendants immediately return any and all information in their possession or control, including but not limited to, documents, computer files, copies, reproductions, summaries or notes, taken from Carlton and/or its computer systems. As set forth more fully in the accompanying Memorandum of law, Carlton is entitled to a preliminary injunction in this matter because: (1) it is more than likely to succeed on the merits of its claims against Defendants for breach of contract, violation of the Illinois Trade Secrets Act, the Computer Fraud and Abuse Act, and for breach of fiduciary duty; (2) it has suffered and will continue to suffer irreparable harm if the Defendants' actions are not enjoined; (3) it has no adequate remedy at law; and (4) the balance of the equities strongly supports the issuance of an injunction in this case.

Respectfully submitted,

CARLTON TECHNOLOGIES, INC.

By: <u>      /s/ John M. Dickman      </u>
　　　　John M. Dickman

John M. Dickman
Ronald Y. Rothstein
Sheila P. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
jdickman@winston.com

Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, hereby certifies that he served a true and correct copy of the foregoing MOTION FOR A PRELIMINARY INJUNCTION on January 29, 2008, through the Court's electronic filing system, to the individuals listed below:

Michael G. Kelber
Chad W. Moeller
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Suite 2200
Chicago, Illinois 60602


/s/ John M. Dickman
John M. Dickman