**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARLTON TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 06757 |
| | ) | Judge Coar |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| JEFFREY GRAFSTEIN | ) | |
| and BIZ 120, INC., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

Plaintiff, Carlton Technologies, Inc. ("Carlton"), pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order to conduct expedited discovery in this case. In support of this Motion, Carlton states as follows:

1.     Carlton filed a Complaint for Injunctive and Other Relief with this Court on November 30, 2007. The Complaint alleges that Jeffrey Grafstein ("Grafstein") breached his Employment Agreement with Carlton, misappropriated trade secrets from Carlton, violated the Computer Fraud and Abuse Act, and breached fiduciary duties owed to Carlton.

2.     As set forth more fully in the Complaint, Carlton has reason to believe that prior to his resignation, Grafstein downloaded or otherwise copied confidential and proprietary information from Carlton's computer system, including confidential customer information, pricing information, and business plan information. Carlton took reasonable steps to preserve the confidentiality of this information.

3.     Although Carlton provided Grafstein with a company issued laptop computer, Carlton has learned that on certain days, Grafstein logged off of his company issued laptop and logged back on via his personal laptop or computer minutes later. On information

and belief, Grafstein used his personal computer to copy confidential information from Carlton's network.

      4.    On information and belief, Grafstein and his new company, Biz 120, Inc., have used and/or will use Carlton's proprietary and trade secret information in their possession or control to undermine Carlton's competitive advantage in the marketplace.  Carlton will be irreparably harmed if the unauthorized use and dissemination of its confidential information continues.

      5.    Carlton requests that certain discovery be permitted on an expedited basis, including requests for inspection, attached hereto as Exhibit A.

      6.    Rule 34(b) of the Federal Rules of Civil Procedure grants this Court the authority to authorize Carlton to commence discovery prior to the time specified in the rules and further grants this Court authority to shorten the time period for noticing depositions and producing documents.

      7.    Expedited discovery is necessary and warranted.  Carlton must obtain immediate discovery to determine the extent of misappropriation and the harm inflicted thereby.

      WHEREFORE, for the foregoing reasons, Carlton requests an order allowing expedited discovery.

Respectfully submitted,

CARLTON TECHNOLOGIES, INC.

By:_____/s/ John M. Dickman_____
              John M. Dickman

John M. Dickman
Ronald Y. Rothstein
Sheila P. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
jdickman@winston.com

Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, one of the attorneys for Plaintiff, hereby certifies that he served

a true and correct copy of the foregoing MOTION FOR EXPEDITED DISCOVERY on January

29, 2008, through the Court's electronic filing system, to the individuals listed below:

Michael G. Kelber
Chad W. Moeller
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Suite 2200
Chicago, Illinois 60602


/s/ John M. Dickman
John M. Dickman