IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLTON TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 06757 |
| | ) | Judge Coar |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| JEFFREY GRAFSTEIN | ) | |
| and BIZ 120, INC., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Michael G. Kelber
      Chad W. Moeller
      Neal Gerber & Eisenberg LLP
      2 North LaSalle Street
      Suite 2200
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that at 9:00 A.M. on Monday, February 4, 2008, or whenever thereafter counsel can be heard, counsel for Plaintiff shall appear before the Honorable Judge David H. Coar or any judge sitting in his stead in the courtroom usually occupied by him, Room 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion For Expedited Discovery.

Respectfully submitted,

CARLTON TECHNOLOGIES, INC.

By:      /s/ John M. Dickman
           John M. Dickman

John M. Dickman
Ronald Y. Rothstein
Sheila P. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
jdickman@winston.com

2

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, hereby certifies that he served a true and correct copy of the foregoing NOTICE OF MOTION on January 29, 2008, through the Court's electronic filing system, to the individuals listed below:

Michael G. Kelber
Chad W. Moeller
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Suite 2200
Chicago, Illinois 60602

/s/ John M. Dickman
John M. Dickman