Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6757 | DATE | 2/4/2008 |
| CASE TITLE | Carlton Technologies, Inc vs. Grafstein, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 2/4/2008 regarding # 16 and 19. The parties having agreed to certain terms and conditions as to the Motion for Preliminary Injunction, the Motion to expedite [19] is resolved by entry of the Agreed Order. Motion #16 and #19 are terminated. ENTER AGREED ORDER.

Parties received copies of Agreed Order in Open court.

00:03

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|