**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARLTON TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 06757 |
| | ) | Judge Coar |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| JEFFREY GRAFSTEIN | ) | |
| and BIZ 120, INC., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**PROPOSED SCHEDULING ORDER**

Plaintiff Carlton Technologies, Inc. ("Carlton") and Defendants Jeffrey Grafstein ("Grafstein") and Biz 120, Inc. ("Biz 120"), by their respective counsel, submit the following proposed Scheduling Order:

    **1.**    **Discovery**

        A.    All disclosures required by Rule 26(a)(1) shall be made on or before March 7, 2008.

        B.    Any amendments to pleadings or actions to join other parties shall be filed on or before May 30, 2008.

        C.    The cutoff of fact discovery is July 15, 2008.

        D.    The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before July 30, 2008.

        E.    The parties may depose the other side's experts at any time prior to August 30, 2008.

        F.    The parties shall disclose rebuttal experts pursuant to Rule 26(a)(2)(c) at any time prior to September 17, 2008.

        G.    The parties shall have until October 7, 2008 to depose the opposing party's rebuttal expert.

    **2.**    **Motions**

Any dispositive motions to be filed on or before August 15, 2008. (Ordinarily this date will be 30 days following the close of fact discovery.)

**3.    Final Pretrial**

The final pretrial order shall be filed on or before December 16, 2009. (Ordinarily this will be 90 days after the deadline for dispositive motions.)

**4.    Trial**

Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

**5.    Status Hearing**

A further status hearing/preliminary pretrial conference should be held on _____.

Plaintiff

By: /s/ John M. Dickman_____
John M. Dickman
Ronald Y. Rothstein
Sheila P. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
Email: jdickman@winston.com
       sfrederick@winston.com

Defendants

By: /s/ Chad W. Moeller_____
Michael G. Kelber
Chad W. Moeller
NEAL GERBER & EISENBERG LLP
2 North LaSalle Street
Suite 2200
Chicago, Illinois 60602
(312) 269-8000 (phone)
(312) 269-1747 (fax)
Email: mkelber@ngelaw.com
       cmoeller@ngelaw.com

IT IS SO ORDERED

By:_____
David H. Coar
United States District Judge
Northern District of Illinois

Dated:_____

2