UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Carlton Technologies, Inc.
                              Plaintiff,

v.                                            Case No.: 1:07−cv−06757
                                                      Honorable David H. Coar

Jeffrey Grafstein, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge David H. Coar :The parties having consented to proceed before the Magistrate Judge, the Rule 16(b) scheduled for 3/6/2008 is stricken. Parties need not appear on 3/6/08. The Court will request reassignment of this case.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.