**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Carlton Technologies, Inc.
                          Plaintiff,

v.                                          Case No.: 1:07−cv−06757
                                                     Honorable Michael T. Mason

Jeffrey Grafstein, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Michael T. Mason : All Rule 26(a)(1) disclosures to be made on or before 3/14/08. Any amendments to pleadings or actions to join other parties shall be filed on or before 5/30/08. Fact discovery cutoff set 7/15/08. Initial status hearing set for 4/15/08 at 9:00 a.m. in courtroom 2214. All remaining dates will be set at a future status hearing. Parties are urged to contact the courtroom deputy, 312/435−6051, if/when there is interest in scheduling a settlement conference. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.