## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CARLTON TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 06757 |
| | ) | Judge Coar |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| JEFFREY GRAFSTEIN | ) | |
| and BIZ 120, INC., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Michael G. Kelber
Chad W. Moeller
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Suite 2200
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that at 9:00 A.M. on Wednesday, March 19, 2008, or whenever thereafter counsel can be heard, counsel for Plaintiff shall appear before the Honorable Magistrate Judge Michael T. Mason or any judge sitting in his stead in the courtroom usually occupied by him, Room 2214 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Agreed Motion For Entry of a Stipulated Protective Order.

Respectfully submitted,

Carlton Technologies, Inc.

By: _____/s/ John M. Dickman_____
One of Its Attorneys

John M. Dickman
Ronald Y. Rothstein
Sheila P. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (phone)
(312) 558-5700 (fax)
Email: jdickman@winston.com
sfrederick@winston.com

2

**CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Plaintiff, hereby certifies that he served a true and correct copy of the foregoing NOTICE OF MOTION on March 5, 2008, through the Court's electronic filing system, to the individuals listed below:

Michael G. Kelber
Chad W. Moeller
Neal Gerber & Eisenberg LLP
2 North LaSalle Street
Suite 2200
Chicago, Illinois 60602

                                                                          /s/ John M. Dickman
                                                                            John M. Dickman