IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLTON TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFREY GRAFSTEIN ) <br> and BIZ 120, INC., ) <br> ) <br> Defendants. ) | Case No. 07-C-6757 <br> Judge Coar <br><br> Magistrate Judge Mason |

## DEFENDANT BIZ 120, INC.'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

Defendant, Biz 120, Inc. ("Biz 120"), by and through its attorneys, Neal, Gerber & Eisenberg LLP, for its First Amended Answer and Affirmative Defenses to Complaint filed by Plaintiff Carlton Technologies, Inc. ("Carlton") hereby restates and incorporates its original Answer and Affirmative Defenses to Complaint as if set forth fully herein, and asserts the following additional Affirmative Defense:

1.　　Prior to Defendant Jeffrey Grafstein's ("Grafstein") departure from Carlton, Ryan Bracken, President of Carlton, expressly told Grafstein that he could contact, solicit, and conduct business with the vendors used by Carlton on behalf of himself and Biz 120. Thus, Plaintiff is barred by the doctrines of waiver and release from contending that Biz 120 is prohibited from contacting, soliciting and conducting business with Carlton's vendors.

Dated: May 30, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**BIZ 120, INC.**

　　　　　　　　　　　　　　　　　　　　　　By: <u>Chad W. Moeller</u>
　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

- 2 -

Michael G. Kelber
Chad W. Moeller
Sonya Rosenberg
Neal, Gerber & Eisenberg, LLP
2 N. LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 269-8000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant Biz 120, Inc.'s First Amended Answer and Affirmative Defenses*, was served upon the following parties electronically (via ECF) on May 30, 2008:

>John M. Dickman
>Ronald Y. Rothstein
>Sheila P. Frederick
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, IL 60601

>By:/s/ Chad W. Moeller
>    One of Defendants' Attorneys

NGEDOCS: 1535778.2