IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLTON TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY GRAFSTEIN and BIZ 120, INC., <br><br> Defendants. | No. 07 C 6757 <br><br> Judge Coar <br> Magistrate Judge Mason |

## NOTICE OF MOTION

TO:  Ronald Y. Rothstein
   John M. Dickman
   Sheila P. Frederick
   WINSTON & STRAWN LLP
   35 West Wacker Drive
   Chicago, IL 60601

**YOU ARE HEREBY NOTIFIED** that on Thursday, July 17, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, Chad W. Moeller will appear in front of Magistrate Judge Michael T. Mason, or any other judge sitting in his stead, at the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604, Room 2214, and present the attached **MOTION TO COMPEL AND FOR SANCTIONS**, a copy of which is hereby served upon you.

Dated: July 14, 2008

Respectfully submitted,

**JEFFREY GRAFSTEIN and BIZ 120, INC.**

By: ____/s/ Sonya Rosenberg____
   One of Their Attorneys

Michael G. Kelber
Chad W. Moeller
Sonya Rosenberg
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3801
(312) 827-1076
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was served upon the following parties electronically (via ECF) on July 14, 2008:

>Ronald Y. Rothstein
>John M. Dickman
>Sheila P. Frederick
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, IL 60601

>By:/s/ Sonya Rosenberg
>     One of Defendants' Attorneys

NGEDOCS: 020829.0601:1548221.1