**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Carlton Technologies, Inc.
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06757
                                                          Honorable Michael T. Mason

Jeffrey Grafstein, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Michael T. Mason:Plaintiff's response to defendants' Motion to Compel and for Sanctions [41] is due on 7/28/08. Defendants' reply, if any, is limited to seven pages and is due on 8/4/08. If defendants do not intend to file a reply, they should inform chambers by 7/30/08. Further, if the pending motion and/or underlying discovery dispute will preclude either party from meaningfully participating in the settlement conference set for 7/30/08 at 9:30 a.m., the parties should contact the courtroom deputy, Rosa Franco, at 312−435−6051 to schedule a new date. The parties should contact Ms. Franco at their earliest convenience, and no later than 7/23/08. The 7/17/08 notice date is stricken, the Court will rule on defendants' motion by mail. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.