**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARLTON TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 06757 |
| | ) | |
| v. | ) | Magistrate Judge Mason |
| | ) | |
| JEFFREY GRAFSTEIN | ) | |
| and BIZ 120, INC., | ) | Trial by Jury Demanded |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Michael G. Kelber
    Chad W. Moeller
    Sonya Rosenberg
    NEAL, GERBER & EISENBERG LLP
    Two North LaSalle Street, Suite 2200
    Chicago, Illinois 60602-3801

**YOU ARE HEREBY NOTIFIED** that on Tuesday, July 22, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, Ronald Y. Rothstein will appear in front of magistrate judge Michael T. Mason, or any other judge sitting in his stead, at the united States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604, Room 2214, and present the attached **UNOPPOSED MOTION TO EXTEND DISCOVERY**, a copy of which is hereby served upon you.

Dated:  July 15, 2008                     Respectfully submitted,

                            CARLTON TECHNOLOGIES, INC.

                            By: _____/s/Sheila P. Frederick_____
                                One of Their Attorneys

Ronald Y. Rothstein
John M. Dickman
Sheila P. Frederick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
(312)558-5600
*Attorneys for Plaintiff*