**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Carlton Technologies, Inc.
                       Plaintiff,

v.                                                    Case No.: 1:07–cv–06757
                                                      Honorable Michael T. Mason

Jeffrey Grafstein, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Plaintiff's Unopposed Motion to Extend Discovery [44] is granted. Fact discovery cutoff is extended to 9/15/08. Status hearing set for 8/6/08 at 9:00 a.m. The Court will address the remaining discovery deadlines at that time. No appearance is required on the 7/22/08 notice date.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.