UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Carlton Technologies, Inc.
         Plaintiff,

v.                  Case No.: 1:07−cv−06757
                  Honorable Michael T. Mason

Jeffrey Grafstein, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

  MINUTE entry before the Honorable Michael T. Mason: Defendant's request to withdraw their Motion to Compel and for Sanctions [41] without prejudice is granted. The briefing schedule relating to the motion set forth in this Court's 7/15/08 order [43] is stricken. Consistent with our 7/16/08 order [46], the fact discovery cutoff is extended to 9/15/08. Any discovery motions (including, if necessary, defendant's motion to compel) must be filed by 9/1/08.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.