**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Carlton Technologies, Inc.

          Plaintiff,

v.                  Case No.: 1:07–cv–06757
                  Honorable Michael T. Mason

Jeffrey Grafstein, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

  MINUTE entry before the Honorable Michael T. Mason:Settlement conference held on 7/30/08. Parties reached an agreement to settle the case as stated in open court. All dismissal paperwork should be filed before Magistrate Judge Mason. Status hearing set for 9/10/08 at 9:00 a.m. If the parties file the dismissal paperwork before 9/8/08, no appearance will be necessary on 9/10/08.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.