IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLTON TECHNOLOGIES, INC. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JEFFREY GRAFSTEIN and BIZ 120, INC. )<br>)<br>)<br>Defendants. ) | Civil Action No. 1:07-cv-06757 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff Carlton Technologies, Inc. ("Carlton") and Defendants Jeffrey Grafstein ("Grafstein") and BIZ 120, Inc., ("Biz 120"), (collectively referred to herein as the "Parties") have resolved the matters in dispute in this action and have entered into a confidential Settlement Agreement.  Subject to the court's approval, and pursuant to the terms of the Settlement Agreement, the Parties, by and through their undersigned counsel, hereby stipulate that any and all claims shall be dismissed with prejudice as to all parties herein, pursuant to Federal Rule of Civil Procedure 41(a)(1). The Parties agree that each party is to bear its own costs and attorney's fees.

Dated: August 19, 2008.

- 2 -

Respectfully Submitted,

| | |
|---|---|
| /s/ Ronald Y. Rothstein | /s/ Chad W. Moeller (with permission) |
| Ronald Y. Rothstein | Chad W. Moeller |
| WINSTON & STRAWN LLP | Neal, Gerber & Eisenberg, LLP |
| 35 West Wacker Drive | 2 North LaSalle St., Suite 2200 |
| Chicago, Illinois 60601-9703 | Chicago, Illinois 60602 |
| Tel: (312) 558-5600 | Tel: (312) 262-8000 |
| Fax: (312) 558-5700 | Fax: (312) 750-6452 |
| rrthostein@winston.com | cmoeller@ngelaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |