**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Carlton Technologies, Inc.
                              Plaintiff,

v.                                                   Case No.: 1:07–cv–06757
                                                          Honorable Michael T. Mason

Jeffrey Grafstein, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Parties having filed a Stipulation of Dismissal with Prejudice on 8/19/08, the status hearing set for 9/10/08 is stricken. This matter is dismissed with prejudice pursuant to the terms of the confidential settlement agreement. The parties agree that each party is to bear its own costs and attorney's fees. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.